**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-1280**

---

HENG DE ZHU,

Petitioner,

versus

U.S. IMMIGRATION & NATURALIZATION SERVICE;
JOHN ASHCROFT, Attorney General,

Respondents.

---

On Petition for Review of an Order of the Board of Immigration
Appeals. (A78-125-620)

---

Submitted: August 31, 2001      Decided: September 21, 2001

---

Before WILKINS, LUTTIG, and KING, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Charles M. Wall, Arlington, Virginia, for Petitioner. Stuart E.
Schiffer, Acting Assistant Attorney General, John J. Andre, Norah
Ascoli Schwarz, Senior Litigation Counsel, Office of Immigration
Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE,
Washington, D.C., for Respondents.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Heng De Zhu, a native and citizen of the People's Republic of China, petitions for review of an order of the Board of Immigration Appeals (Board) denying his application for asylum. The Board concluded that Zhu failed to show past persecution or a well-founded fear of persecution on account of a protected ground that would make him eligible for asylum relief. See 8 U.S.C.A. § 1158 (West 1999); § 1101(a)(42)(A) (West 1999 & Supp. 2001). The decision to grant or deny asylum relief is conclusive "unless manifestly contrary to the law and an abuse of discretion." 8 U.S.C.A. § 1252(b)(4)(D) (West 1999). We find that the Board correctly applied the law and did not abuse its discretion in rendering its decision here. Therefore, we deny a petition for review on the reasoning of the Board. See In re Zhu, No. A78-125-620 (B.I.A. Feb. 1, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2